```
                  IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

```
JUSTIN EMMANUEL STEPHENSON,      )
                                 )
               Petitioner,       )
                                 )      1:20-cv-882
          v.                     )      1:19-cr-334-1
                                 )
UNITED STATES OF AMERICA,        )
                                 )
               Respondent.       )
```

## ORDER

On June 14, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 27, 28.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS TEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 27), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Corrected Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, (Doc. 15), is **DENIED,** and this action is hereby, **DISMISSED.** The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable

procedural ruling, therefore a certificate of appealability is
not issued.

A Judgment dismissing this action will be filed
contemporaneously with this Order.

This the 24th day of July, 2023.

_____
United States District Judge